**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RUSS, HENRY | § | Case No. 12-17537 |
| | § | |
| Debtor(s) | § | |

## SUCCESSOR TRUSTEE'S FINAL REPORT (TFR)

The undersigned successor trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/30/2012 . The undersigned trustee was appointed on 04/16/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 15,102.14

Funds were disbursed in the following amounts:

| | | |
|---|---|---|
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 1,202.33 |
| Bank service fees | | 276.39 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 13,623.42 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/16/2013 and the deadline for filing governmental claims was 01/16/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,260.21 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,260.21 , for a total compensation of $ 2,260.21 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/22/2014 By:/s/BRENDA PORTER HELMS, SUCCESSOR TRUSTEE
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit A

Case No: 12-17537 Judge: DONALD R. CASSLING
Case Name: RUSS, HENRY

For Period Ending: 08/22/14

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Date Filed (f) or Converted (c): 04/30/12 (f)
341(a) Meeting Date: 07/31/12
Claims Bar Date: 01/16/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Dwelling 2667 Southcrest Drive Downers Grove, IL 60516 | 255,000.00 | 0.00 | | 0.00 | FA |
| 2. Timeshare in Fiesta Americana for 1 Week | 100.00 | 100.00 | | 0.00 | FA |
| 3. Bank Financial Checking Account | 165.00 | 0.00 | | 0.00 | FA |
| 4. Household goods and furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. Wearing apparel | 250.00 | 0.00 | | 0.00 | FA |
| 6. Gold Necklace and Two Watches | 500.00 | 0.00 | | 0.00 | FA |
| 7. 2 Browning 9mm Pistols | 200.00 | 0.00 | | 0.00 | FA |
| 8. 100% Ownership of HR Management Group unincorporated brokerage business | 100.00 | 100.00 | | 0.00 | FA |
| 9. Firearm Owner's Identification Card for Illinois | 0.00 | 0.00 | | 0.00 | FA |
| 10. 2007 Toyota Camry | 6,500.00 | 2,465.00 | | 0.00 | FA |
| 11. 1995 Lakeland 17 1/2 Feet Outboard (Not Seaworthy) | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 12. Bodily Injury Claim | 0.00 | 0.00 | | 0.00 | FA |
| 13. JEWELRY BUSINESS (u) | 100,000.00 | 15,750.00 | | 15,102.14 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $365,315.00 | $19,415.00 | | $15,102.14 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

INVESTIGATION OF JEWELRY BUSINESS; DIAMONDS AND GEMS ON CONSIGNMENT BUT NO UCCI FILED; INVESTIGATION OF PI CLAIM AND HR MANAGMENT GROUP; DEBTOR HAS MOTION TO DISMISS SET FOR 11/2/12
Settlement approved on 03/08/13. Debtor will pay $15,00.00 plus 5% interest ($15,750.00) in six installments starting

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit A

Case No: 12-17537 Judge: DONALD R. CASSLING
Case Name: RUSS, HENRY

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Date Filed (f) or Converted (c): 04/30/12 (f)
341(a) Meeting Date: 07/31/12
Claims Bar Date: 01/16/13

on 05/15/13 and due the 15th of each month thereafter.

Settlement and compromise completed.

Awaiting tax returns.

read for final report. expect to file by end of 4/14.

Sent tax payment to IRS on 1/17/14- waiting for checks to clear and then ready for final

Check 2001 cleared. Waiting for #2002, followed for March, need bank statements from February.

Check cleared. Ready to prepare documents to send to accountant for tax returns.

Objection to Claims of Lisle Savings Bank (Claims #6 and #7) filed today. Hearing scheduled for April 25, 2014.

Initial Projected Date of Final Report (TFR): 06/30/14 Current Projected Date of Final Report (TFR): 06/30/14

FORM 2

Page: 1

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-17537 -CAS
Case Name: RUSS, HENRY
Taxpayer ID No: *******1752
For Period Ending: 08/22/14

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: Green Bank
Account Number / CD #: *******3701 Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/08/13 | 13 | HENRY RUSS | SETTLEMENT PAYMENT | 1229-000 | 5,000.00 | | 5,000.00 |
| 03/29/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 5.46 | 4,994.54 |
| 04/12/13 | 13 | HENRY RUSS | SETTLEMENT PAYMENT | 1229-000 | 1,600.00 | | 6,594.54 |
| 04/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 9.13 | 6,585.41 |
| 05/13/13 | 13 | HENRY RUSS | SETTLEMENT PAYMENT | 1229-000 | 2,400.00 | | 8,985.41 |
| 05/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 13.81 | 8,971.60 |
| 06/11/13 | 13 | Henry Russ | Settlement payment | 1229-000 | 6,102.14 | | 15,073.74 |
| 06/28/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 19.11 | 15,054.63 |
| 07/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 24.29 | 15,030.34 |
| 08/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 25.81 | 15,004.53 |
| 09/30/13 | | Green Bank | Bank Service Fee | 2600-000 | | 21.86 | 14,982.67 |
| | | | Page Subtotals | | 15,102.14 | 119.47 | |

FORM 2

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-17537 -CAS
Case Name: RUSS, HENRY

Taxpayer ID No: *******1752
For Period Ending: 08/22/14

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: Green Bank
Account Number / CD #: *******3701 Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | | | | | |
| 10/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 24.17 | 14,958.50 |
| 11/29/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 24.13 | 14,934.37 |
| 12/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 23.32 | 14,911.05 |
| 01/17/14 | 003001 | United States Treasury/Department of Treasure<br>Internal Revenue Service<br>Cincinnati, OH 459990148 | EIN 61-6471752, Form 1041 year ending 12/31/2013<br>2810-000 $-538.00 | 2810-000 | | 538.00 | 14,373.05 |
| 01/17/14 | 003002 | Illinois Department of Revenue<br>P.O. Box 19053<br>Springfield, IL 627949053 | EIN 61-6471752, Form 1040 year ended 12/31/13<br>2810-000 $-653.00 | 2810-000 | | 653.00 | 13,720.05 |
| 01/31/14 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 25.47 | 13,694.58 |
| 02/28/14 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 20.02 | 13,674.56 |
| 03/31/14 | | Green Bank | Bank Service Fee | 2600-000 | | 20.64 | 13,653.92 |
| | | | Page Subtotals | | 0.00 | 1,328.75 | |

FORM 2



Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-17537 -CAS
Case Name: RUSS, HENRY

Taxpayer ID No: *******1752
For Period Ending: 08/22/14

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: Green Bank
Account Number / CD #: *******3701 Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | | | | | |
| 04/02/14 | 003003 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA 70139 | Blanket bond #016026455 2/01/14 to 2/10/15<br>2300-000 $-11.33 | 2300-000 | | 11.33 | 13,642.59 |
| 04/30/14 | | Green Bank | Bank Service Fee | 2600-000 | | 19.17 | 13,623.42 |
| 05/02/14 | | Transfer to Acct #*******1814 | Bank Funds Transfer | 9999-000 | | 13,623.42 | 0.00 |

| | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|
| COLUMN TOTALS | 15,102.14 | 15,102.14 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 13,623.42 | |
| Subtotal | 15,102.14 | 1,478.72 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 15,102.14 | 1,478.72 | |

| | Deposits ($) | Disbursements ($) |
|---|---|---|
| Page Subtotals | 0.00 | 13,653.92 |

FORM 2



Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-17537 -CAS
Case Name: RUSS, HENRY

Taxpayer ID No: *******1752
For Period Ending: 08/22/14

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******1814 Checking - Non Interest

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/02/14 | | Transfer from Acct #*******3701 | Bank Funds Transfer | 9999-000 | 13,623.42 | | 13,623.42 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 13,623.42 | 0.00 | 13,623.42 |
| Less: Bank Transfers/CD's | 13,623.42 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********3701 | 15,102.14 | 1,478.72 | 0.00 |
| Checking - Non Interest - ********1814 | 0.00 | 0.00 | 13,623.42 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 15,102.14 | 1,478.72 | 13,623.42 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/ BRENDA PORTER HELMS, TRUSTEE

Trustee's Signature: ________________________________ Date: 08/22/14

BRENDA PORTER HELMS, TRUSTEE

Page Subtotals 13,623.42 0.00

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: August 22, 2014

Case Number: 12-17537
Debtor Name: RUSS, HENRY

Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200<br>3410-00 | Scott Horewitch Pidgeon & Abrams, LLC<br>2150 E Lake Cook Road<br>Suite 560<br>Buffalo Grove, IL 60089 | Administrative | | $2,000.00 | $0.00 | $2,000.00 |
| 200<br>2200-00 | David E. Grochocinski<br>1900 Ravinia Place<br>Orland Park, IL 60462 | Administrative | | $0.00 | $0.00 | $0.00 |
| 200<br>2100-00 | David E. Grochocinski<br>1900 Ravinia Place<br>Orland Park, IL 60462 | Administrative | Orig Allowed: 2260.21 | $2,260.21 | $0.00 | $2,260.21 |
| 200<br>3120-00 | InnovaLaw, PC<br>1900 Ravinia Palce<br>Orland Park, IL 60462 | Administrative | | $38.63 | $0.00 | $38.63 |
| 200<br>3110-00 | InnovaLaw, PC<br>1900 Ravinia Palce<br>Orland Park, IL 60462 | Administrative | | $2,857.50 | $0.00 | $2,857.50 |
| | Subtotal for Priority 200 | | | $7,156.34 | $0.00 | $7,156.34 |
| 2<br>570<br>5800-00 | Department of Treasury<br>Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 191017346 | Priority | | $30,809.00 | $0.00 | $30,809.00 |
| | Subtotal for Priority 570 | | | $30,809.00 | $0.00 | $30,809.00 |
| 1<br>610<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 430543025 | Unsecured | | $2,449.30 | $0.00 | $2,449.30 |
| 2a<br>610<br>7100-00 | Department of Treasury<br>Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 191017346 | Unsecured | | $101,663.32 | $0.00 | $101,663.32 |
| 3<br>610<br>7100-00 | Active Body Chiropractic Ltd<br>1600 S Indiana Ave, Ste 2<br>Chicago, IL 60616 | Unsecured | | $4,555.15 | $0.00 | $4,555.15 |
| 4<br>610<br>7100-00 | American InfoSource LP as agent for<br>Asset Acceptance<br>as assignee of CITIBANK<br>PO Box 248838<br>Oklahoma City, OK 731248838 | Unsecured | | $25,268.25 | $0.00 | $25,268.25 |
| 5<br>610<br>7100-00 | American InfoSource LP as agent for<br>Asset Acceptance<br>as assignee of OFFICE DEPOT/<br>CITIBANK<br>PO Box 248838<br>Oklahoma City, OK 731248838 | Unsecured | | $1,732.67 | $0.00 | $1,732.67 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: August 22, 2014

Case Number: 12-17537
Debtor Name: RUSS, HENRY

Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Subtotal for Priority 610 | | | $135,668.69 | $0.00 | $135,668.69 |
| | Case Totals: | | | $173,634.03 | $0.00 | $173,634.03 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## SUCCESSOR TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-17537
Case Name: RUSS, HENRY
Trustee Name: BRENDA PORTER HELMS, SUCC. TRUSTEE

Balance on hand $ 13,623.42

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: D. GROCHOCINSKI, TRUSTEE | $ 2,260.21 | $ 0.00 | $ 2,260.21 |
| Attorney for Trustee Fees: InnovaLaw, PC | $ 2,857.50 | $ 0.00 | $ 2,857.50 |
| Accountant for Trustee Fees: Scott Horewitch Pidgeon & Abrams, LLC | $ 2,000.00 | $ 0.00 | $ 2,000.00 |
| Other: InnovaLaw, PC | $ 38.63 | $ 0.00 | $ 38.63 |

Total to be paid for chapter 7 administrative expenses $ 7,156.34

Remaining Balance $ 6,467.08

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 30,809.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Department of Treasury | $ 30,809.00 | $ 0.00 | $ 6,467.08 |

Total to be paid to priority creditors $ 6,467.08

Remaining Balance $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 135,668.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 2,449.30 | $ 0.00 | $ 0.00 |
| 2a | Department of Treasury | $ 101,663.32 | $ 0.00 | $ 0.00 |
| 3 | Active Body Chiropractic Ltd | $ 4,555.15 | $ 0.00 | $ 0.00 |
| 4 | American InfoSource LP as agent for | $ 25,268.25 | $ 0.00 | $ 0.00 |
| 5 | American InfoSource LP as agent for | $ 1,732.67 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors $ 0.00

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE