# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RUSS, HENRY | § | Case No. 12-17537 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE COURT
219 s. DEARBORN STREET
CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 10/17/2014 in Courtroom 240,

Kane County Courthouse
100 S. Third Street
Geneva Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/19/2014            By: CLERK OF THE COURT

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                                    §
                                          §
RUSS, HENRY                               §        Case No. 12-17537
                                          §
            Debtor(s)                     §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 15,102.14 |
| and approved disbursements of | $ | 1,478.72 |
| leaving a balance on hand of[1] | $ | 13,623.42 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: D. GROCHOCINSKI, TRUSTEE | $    2,260.21 | $    0.00 | $    2,260.21 |
| Attorney for Trustee Fees: InnovaLaw, PC | $    2,857.50 | $    0.00 | $    2,857.50 |
| Accountant for Trustee Fees: Scott Horewitch Pidgeon & Abrams, LLC | $    2,000.00 | $    0.00 | $    2,000.00 |
| Other: InnovaLaw, PC | $    38.63 | $    0.00 | $    38.63 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 7,156.34 |
| Remaining Balance | $ | 6,467.08 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 30,809.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Department of Treasury | $          30,809.00 | $          0.00 | $          6,467.08 |

Total to be paid to priority creditors                                    $          6,467.08

Remaining Balance                                                              $          0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 135,668.69  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $          2,449.30 | $          0.00 | $          0.00 |
| 2a | Department of Treasury | $          101,663.32 | $          0.00 | $          0.00 |
| 3 | Active Body Chiropractic Ltd | $          4,555.15 | $          0.00 | $          0.00 |
| 4 | American InfoSource LP as agent for | $          25,268.25 | $          0.00 | $          0.00 |
| 5 | American InfoSource LP as agent for | $          1,732.67 | $          0.00 | $          0.00 |

Total to be paid to timely general unsecured creditors          $          0.00

Remaining Balance                                                              $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-17537-DRC
Henry E. Russ                                                             Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: msims          Page 1 of 2          Date Rcvd: Sep 23, 2014
                             Form ID: pdf006       Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 25, 2014.
db          +Henry E. Russ,   2667 Southcrest Dr.,   Downers Grove, IL 60516-2111
18843485     AMB Anesthesiologists of Chicago,   PO Box 809274,   Chicago, IL 60680-9274
19654744    +Active Body Chiropractic Ltd,   1600 S Indiana Ave, Ste 2,   Chicago, IL 60616-4733
18843486    +Asset Acceptance, LLC,   c/o Freedman Anselmo Lindberg LLC,
             1807 W Diehl Rd Ste 333 PO Box 3228,   Naperville, IL 60566-3228
19237116    +AthletiCo,   625 Enterprise Dr,   Oak Brook, IL 60523-8813
18843487    +Citibank,   Customer Service,   P.O. Box 6500,   Sioux Falls, SD 57117-6500
18843489    +Citibank - Office Depot,   Customer Service,   P.O. Box 6500,   Sioux Falls, SD 57117-6500
18843493     Dogwood Hospital,   402 N Mulford,   Loves Park, IL 61111
18843494    +Gerald Sapp DDS,   10215 W Roosevelt Rd,   Westchester, IL 60154-2576
18843495    +Grove Dental Association,   6800 Main Street,   Downers Grove, IL 60516-3468
18843496    +HR Management Group,   55 W 64th Street,   Westmont, IL 60559-3167
18843497    +Korwitts Chiropractic,   2736 Maple Ave,   Downers Grove, IL 60515-4201
18843500     M&M Orthopedics Ltd,   4300 Commerce Ct,   Suite 230,   Lisle, IL 60532-3698
18843502    +Midland Funding, LLC,   c/oBlatt,Hasenmiller,Leibskee&Moore,   125 S. Wacker Drive, Ste. 400,
             Chicago, IL 60606-4440
18843503    +Ziemia Asset Trust,   2667 Southcrest Dr.,   Downers Grove, IL 60516-2111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18843483    +E-mail/Text: GINA.ALLEN@AURORA.ORG Sep 23 2014 23:47:29   ACL Laboratories,
             8901 W. Lincoln Ave,   West Allis, WI 53227-2409
19893531     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 23 2014 23:51:49
             American InfoSource LP as agent for,   Asset Acceptance,
             as assignee of OFFICE DEPOT/ CITIBANK,   PO Box 248838,   Oklahoma City, OK 73124-8838
19893530     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 23 2014 23:51:49
             American InfoSource LP as agent for,   Asset Acceptance,   as assignee of CITIBANK,
             PO Box 248838,   Oklahoma City, OK 73124-8838
18843491     E-mail/Text: cio.bncmail@irs.gov Sep 23 2014 23:46:45   Department of Treasury,
             Internal Revenue Service,   POB 7346,   Philadelphia, PA 19101-7346
18843492    +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 23 2014 23:57:09   Discover,   P.O. Box 6103,
             Carol Stream, IL 60197-6103
19591940     E-mail/PDF: mrdiscen@discoverfinancial.com Sep 23 2014 23:57:09   Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
18843499    +E-mail/Text: linda.sharkey@lislebank.com Sep 23 2014 23:46:43   Lisle Savings Bank,
             4720 Main St.,   Lisle, IL 60532-1795
18843498    +E-mail/Text: linda.sharkey@lislebank.com Sep 23 2014 23:46:43   Lisle Savings Bank,
             1450 Maple Ave,   Lisle, IL 60532-4142
18843501    +E-mail/Text: bankruptcydpt@mcmcg.com Sep 23 2014 23:46:55   Midland Credit Management,
             8875 Aero Dr.,   San Diego, CA 92123-2255
                                                                          TOTAL: 9

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18843488*    Citibank,   Customer Service,   P.O. Box 6500,   Sioux Falls, SD 57117-6500
18843490*   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
             PHILADELPHIA PA 19101-7346
            (address filed with court: Department of the Treasury,   Internal Revenue Service,
             Kansas City, MO 64999)
18843484    ##+Active Body Chiropractic,   1509 S State St,   Chicago, IL 60605-2804
                                                                          TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2014                                    Signature:  /s/Joseph Speetjens

District/off: 0752-1          User: msims              Page 2 of 2          Date Rcvd: Sep 23, 2014
                             Form ID: pdf006          Total Noticed: 24

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2014 at the address(es) listed below:
          Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,   bhelms@ecf.epiqsystems.com
          David E Grochocinski    dgrochocinski@innovalaw.com,   deg@trustesolutions.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Robert R Benjamin    on behalf of Debtor Henry E. Russ rrbenjamin@golanchristie.com,
           lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;tstephenson@golanchr
           istie.com;kkussmann@golanchristie.com
                                                                                    TOTAL: 4