UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
RUSS, HENRY § Case No. 12-17537
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter    on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Lisle Savings Bank 1450 Maple Ave Lisle, IL 60532 |  |  |  |  |  |
|  | Lisle Savings Bank 1450 Maple Ave Lisle, IL 60532 |  |  |  |  |  |
| 6 | LISLE SAVINGS BANK |  |  |  |  |  |
| 7 | LISLE SAVINGS BANK |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID E. GROCHOCINSKI | | | | | |
| INTERNATIONAL SURETIES, LTD | | | | | |
| Green Bank | | | | | |
| Illinois Department of Revenue | | | | | |
| United States Treasury/Department o | | | | | |
| INNOVALAW, PC | | | | | |
| INNOVALAW, PC | | | | | |
| SCOTT HOREWITCH PIDGEON & ABRAMS, L | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | DEPARTMENT OF TREASURY | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ACL Laboratories 8901 W. Lincoln Ave West Allis, WI 53227 | | | | | |
| | AMB Anesthesiologists of Chicago PO Box 809274 Chicago, IL 60680-9274 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Asset Acceptance, LLC c/o Freedman Anselmo Lindberg LLC 1807 W Diehl Rd Ste 333 PO Box 3228 Naperville, IL 60566-7228 | | | | | |
| | AthletiCo 625 Enterprise Dr. Oak Brook, IL 60523 | | | | | |
| | Dogwood Hospital 402 N Mulford Loves Park, IL 61111 | | | | | |
| | Gerald Sapp DDS 10215 W Roosevelt Rd Westchester, IL 60154 | | | | | |
| | Grove Dental Association 6800 Main Street Downers Grove, IL 60516 | | | | | |
| | Korwitts Chiropractic 2736 Maple Ave Downers Grove, IL 60515 | | | | | |
| | M&M Orthopedics Ltd 4300 Commerce Ct Suite 230 Lisle, IL 60532-3698 | | | | | |
| | Midland Credit Management 8875 Aero Dr. San Diego, CA 92123 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midland Credit Management 8875 Aero Dr. San Diego, CA 92123 | | | | | |
| | Midland Funding, LLC c/oBlatt,Hasenmiller,Leibskee &Moore 125 S. Wacker Drive, Ste. 400 Chicago, IL 60606 | | | | | |
| 3 | ACTIVE BODY CHIROPRACTIC LTD | | | | | |
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 5 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 2a | DEPARTMENT OF TREASURY | | | | | |
| 1 | DISCOVER BANK | | | | | |
| 6a | LISLE SAVINGS BANK | | | | | |
| 7a | LISLE SAVINGS BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-17537 | Judge: DONALD R. CASSLING | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | RUSS, HENRY | | Date Filed (f) or Converted (c): | 04/30/12 (f) |
| | | | 341(a) Meeting Date: | 07/31/12 |
| For Period Ending: | 12/05/14 | | Claims Bar Date: | 01/16/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Dwelling 2667 Southcrest Drive Downers Grove, IL 60516 | 255,000.00 | 0.00 | | 0.00 | FA |
| 2. Timeshare in Fiesta Americana for 1 Week | 100.00 | 100.00 | | 0.00 | FA |
| 3. Bank Financial Checking Account | 165.00 | 0.00 | | 0.00 | FA |
| 4. Household goods and furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. Wearing apparel | 250.00 | 0.00 | | 0.00 | FA |
| 6. Gold Necklace and Two Watches | 500.00 | 0.00 | | 0.00 | FA |
| 7. 2 Browning 9mm Pistols | 200.00 | 0.00 | | 0.00 | FA |
| 8. 100% Ownership of HR Management Group unincorporated brokerage business | 100.00 | 100.00 | | 0.00 | FA |
| 9. Firearm Owner's Identification Card for Illinois | 0.00 | 0.00 | | 0.00 | FA |
| 10. 2007 Toyota Camry | 6,500.00 | 2,465.00 | | 0.00 | FA |
| 11. 1995 Lakeland 17 1/2 Feet Outboard (Not Seaworthy) | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 12. Bodily Injury Claim | 0.00 | 0.00 | | 0.00 | FA |
| 13. JEWELRY BUSINESS (u) | 100,000.00 | 15,750.00 | | 15,102.14 | FA |
| TOTALS (Excluding Unknown Values) | $365,315.00 | $19,415.00 | | $15,102.14 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

INVESTIGATION OF JEWELRY BUSINESS; DIAMONDS AND GEMS ON CONSIGNMENT BUT NO UCCI FILED; INVESTIGATION OF PI CLAIM AND HR MANAGMENT GROUP; DEBTOR HAS MOTION TO DISMISS SET FOR 11/2/12

Settlement approved on 03/08/13. Debtor will pay $15,00.00 plus 5% interest ($15,750.00) in six installments starting

Case 12-17537    Doc 58    Filed 01/07/15    Entered 01/07/15 15:23:10    Desc Main
Document      Page 9 of 14

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 12-17537 | Judge: DONALD R. CASSLING | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | RUSS, HENRY | | Date Filed (f) or Converted (c): 04/30/12 (f) |
| | | | 341(a) Meeting Date: 07/31/12 |
| | | | Claims Bar Date: 01/16/13 |

on 05/15/13 and due the 15th of each month thereafter.

Settlement and compromise completed.

Awaiting tax returns.

Sent tax payment to IRS on 1/17/14- waiting for checks to clear and then ready for final

Check 2001 cleared. Waiting for #2002, followed for March, need bank statements from February.

Check cleared. Ready to prepare documents to send to accountant for tax returns.

Objection to Claims of Lisle Savings Bank (Claims #6 and #7) filed today. Hearing scheduled for April 25, 2014.

Successor Trustee resubmitted TFR to UST 8/25/14. Final hearing scheduled for 10/17/14

Initial Projected Date of Final Report (TFR): 06/30/14     Current Projected Date of Final Report (TFR): 06/30/14

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-17537 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | RUSS, HENRY | | Bank Name: | Green Bank |
| | | | Account Number / CD #: | *******3701  Checking Account |
| Taxpayer ID No: | *******1752 | | | |
| For Period Ending: | 12/05/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/08/13 | 13 | HENRY RUSS | SETTLEMENT PAYMENT | 1229-000 | 5,000.00 | | 5,000.00 |
| 03/29/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 5.46 | 4,994.54 |
| 04/12/13 | 13 | HENRY RUSS | SETTLEMENT PAYMENT | 1229-000 | 1,600.00 | | 6,594.54 |
| 04/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 9.13 | 6,585.41 |
| 05/13/13 | 13 | HENRY RUSS | SETTLEMENT PAYMENT | 1229-000 | 2,400.00 | | 8,985.41 |
| 05/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 13.81 | 8,971.60 |
| 06/11/13 | 13 | Henry Russ | Settlement payment | 1229-000 | 6,102.14 | | 15,073.74 |
| 06/28/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 19.11 | 15,054.63 |
| 07/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 24.29 | 15,030.34 |
| 08/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 25.81 | 15,004.53 |
| 09/30/13 | | Green Bank | Bank Service Fee | 2600-000 | | 21.86 | 14,982.67 |
| | | | Page Subtotals | | 15,102.14 | 119.47 | |

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-17537 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | RUSS, HENRY | Bank Name: | Green Bank |
|  |  | Account Number / CD #: | *******3701  Checking Account |
| Taxpayer ID No: | *******1752 |  |  |
| For Period Ending: | 12/05/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/13 |  | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092<br>Green Bank | Bank Service Fee | 2600-000 |  | 24.17 | 14,958.50 |
| 11/29/13 |  | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092<br>Green Bank | Bank Service Fee | 2600-000 |  | 24.13 | 14,934.37 |
| 12/31/13 |  | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092<br>Green Bank | Bank Service Fee | 2600-000 |  | 23.32 | 14,911.05 |
| 01/17/14 | 003001 | United States Treasury/Department of Treasure<br>Internal Revenue Service<br>Cincinnati, OH  459990148 | EIN 61-6471752, Form 1041 year ending 12/31/2013<br>        2810-000        $-538.00 | 2810-000 |  | 538.00 | 14,373.05 |
| 01/17/14 | 003002 | Illinois Department of Revenue<br>P.O. Box 19053<br>Springfield, IL  627949053 | EIN 61-6471752, Form 1040 year ended 12/31/13<br>        2810-000        $-653.00 | 2810-000 |  | 653.00 | 13,720.05 |
| 01/31/14 |  | Green Bank | Bank Service Fee | 2600-000 |  | 25.47 | 13,694.58 |
| 02/28/14 |  | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092<br>Green Bank | Bank Service Fee | 2600-000 |  | 20.02 | 13,674.56 |
| 03/31/14 |  | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092<br>Green Bank | Bank Service Fee | 2600-000 |  | 20.64 | 13,653.92 |

Page Subtotals                0.00        1,328.75

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-17537 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | RUSS, HENRY | Bank Name: | Green Bank |
| | | Account Number / CD #: | *******3701  Checking Account |
| Taxpayer ID No: | *******1752 | | |
| For Period Ending: | 12/05/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/02/14 | 003003 | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092<br>INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA  70139 | Blanket bond #016026455  2/01/14<br>to 2/10/15<br>     2300-000         $-11.33 | 2300-000 | | 11.33 | 13,642.59 |
| 04/30/14 | | Green Bank | Bank Service Fee | 2600-000 | | 19.17 | 13,623.42 |
| 05/02/14 | | Transfer to Acct #*******1814 | Bank Funds Transfer | 9999-000 | | 13,623.42 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 15,102.14 | 15,102.14 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 13,623.42 | |
| Subtotal | 15,102.14 | 1,478.72 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 15,102.14 | 1,478.72 | |

Page Subtotals        0.00        13,653.92

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)

FORM 2

Page: 4

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-17537 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | RUSS, HENRY | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1814  Checking - Non Interest |
| Taxpayer ID No: | *******1752 | | |
| For Period Ending: | 12/05/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/02/14 | | Transfer from Acct #*******3701 | Bank Funds Transfer | 9999-000 | 13,623.42 | | 13,623.42 |
| 10/17/14 | 010001 | David E. Grochocinski<br>1900 Ravinia Place<br>Orland Park, IL  60462 | Trustee Compensation | 2100-000 | | 2,260.21 | 11,363.21 |
| 10/17/14 | 010002 | InnovaLaw, PC<br>1900 Ravinia Palce<br>Orland Park, IL  60462 | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,857.50 | 8,505.71 |
| 10/17/14 | 010003 | InnovaLaw, PC<br>1900 Ravinia Palce<br>Orland Park, IL  60462 | Attorney for Trustee Expenses (Trus | 3120-000 | | 38.63 | 8,467.08 |
| 10/17/14 | 010004 | Scott Horewitch Pidgeon & Abrams, LLC<br>2150 E Lake Cook Road<br>Suite 560<br>Buffalo Grove, IL  60089 | Accountant for Trustee Fees (Other | 3410-000 | | 2,000.00 | 6,467.08 |
| 10/17/14 | 010005 | Department of Treasury<br>Internal Revenue Service<br>POB 7346<br>Philadelphia, PA  191017346 | Claim 2, Payment 20.99088% | 5800-000 | | 6,467.08 | 0.00 |

|  | COLUMN TOTALS | 13,623.42 | 13,623.42 | 0.00 |
| --- | --- | --- | --- | --- |
|  | Less:  Bank Transfers/CD's | 13,623.42 | 0.00 | |
|  | Subtotal | 0.00 | 13,623.42 | |
|  | Less:  Payments to Debtors | | 0.00 | |
|  | Net | 0.00 | 13,623.42 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account - ********3701 | 15,102.14 | 1,478.72 | 0.00 |
| Checking - Non Interest - ********1814 | 0.00 | 13,623.42 | 0.00 |
| Page Subtotals | 13,623.42 | 13,623.42 | |

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 13)

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 12-17537 -CAS |
| Case Name: | RUSS, HENRY |
| Taxpayer ID No: | *******1752 |
| For Period Ending: | 12/05/14 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******1814 Checking - Non Interest |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | 15,102.14 | 15,102.14 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/ BRENDA PORTER HELMS, TRUSTEE
Trustee's Signature: _____ Date: 12/05/14
BRENDA PORTER HELMS, TRUSTEE

Page Subtotals 0.00 0.00

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*